LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
     – and –
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
abaig@lerachlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS K. WEBB, Derivatively on Behalf of McAFEE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE SAMENUK, et al., <br><br> Defendants, <br><br> – and – <br><br> McAFEE, INC., a Delaware corporation, <br><br> Nominal Defendant. | No. 5:07-cv-04048-PVT <br><br> NOTICE OF RELATED CASE |

1   Plaintiff, Dennis K. Webb, by counsel, hereby provides notice that this action is related to *In re Mcafee Inc., Deriv. Litig.*, 5:06-cv-03484-JF ("*In re McAfee*").  Pursuant to the "Stipulation and Order Consolidating Cases for All Purposes, Appointing Lead Plaintiffs and Co-Lead Counsel and Setting Schedule for Filing of Consolidated Complaint" (the "Consolidation Order"), issued in *In re McAfee* by the Northern District of California, the Honorable Judge Jeremy Fogel, and filed on July 13, 2006, this case is related to and should be consolidated with *In re McAfee*.  This action is substantially identical to the Consolidated Complaint filed in *In re McAfee* on December 8, 2006, arises our of the same transactions and occurrences and involves the same or substantially similar issues of law and facts as alleged in *In re McAfee*, and thus pursuant to paragraph 2 of the Consolidation Order and Federal Rule of Civil Procedure 42(a), this action should be consolidated with the *In re McAfee* litigation.

DATED:  August 10, 2007

Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
AELISH M. BAIG

/s/
AELISH M. BAIG

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

| | |
|---|---|
| 1 | |
| 2 | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER |
| 3 | 121 N. Wayne Avenue, Suite 100<br>Wayne, PA  19087 |
| 4 | Telephone:  610/225-2677<br>610/225-2678 (fax) |
| 5 | Attorneys for Plaintiff |
| 6 | T:\CasesSF\McAfee Derivative\not00044509.doc |

1                                                     CERTIFICATE OF SERVICE

2          I hereby certify that on August 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

         I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 10, 2007.

                                                    /s/
                                              AELISH M. BAIG

LERACH COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: aelishb@lerachlaw.com

# Mailing Information for a Case 5:07-cv-04048-PVT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.cor

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
```

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.      That on August 10, 2007, declarant served the NOTICE OF RELATED CASE by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of August, 2007, at San Francisco, California.

_____
MARZENA PONIATOWSKA

MCAFEE DERIVATIVE

Service List - 8/9/2007    (06-0119)

Page 1 of 2

**Counsel For Defendant(s)**

| | |
|---|---|
| William S. Freeman | Elliot R. Peters |
| Mary Beth O'Connor | R. James Slaughter |
| Brandon J. Kimura | Benjamin B. Au |
| Cooley Godward Kronish LLP | Keker & Van Nest, L.L.P. |
| Five Palo Alto Square | 710 Sansome Street |
| 3000 El Camino Real | San Francisco, CA 94111-1704 |
| Palo Alto, CA 94306-2155 | 415/391-5400 |
| 650/494-7622 | 415/397-7188 (Fax) |
| 650/857-0663 (Fax) | |

DeMaurice F. Smith
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037-1350
  202/457-6000
  202/457-6315 (Fax)

Clay Basser-Wall
Wilson Sonsini Goodrich & Rosati, P.C.
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759-8497
  512/338-5400
  512/338-5499 (Fax)

Gregory L. Watts
Boris Feldman
Nina F. Locker
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
  650/493-9300
  650/493-6811 (Fax)

**Counsel For Plaintiff(s)**

Robert S. Green
Avin P. Sharma
Green Welling LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
  415/477-6700
  415/477-6710 (Fax)

Travis E. Downs III
Benny C. Goodman III
Mary Lynne Calkins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423 (Fax)

MCAFEE DERIVATIVE

Service List - 8/9/2007     (06-0119)

Page 2 of 2

Shawn A. Williams
Aelish M. Baig
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA  19087
   610/225-2677
   610/225-2678 (Fax)

Eric L. Zagar
Sean M. Handler
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)