| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | TRAVIS E. DOWNS III (148274) |
|   | BENNY C. GOODMAN III (211302) |
| 3 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 4 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 5 | travisd@csgrr.com |
|   | bgoodman@csgrr.com |
| 6 |      – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 7 | AELISH M. BAIG (201279) |
|   | 100 Pine Street, Suite 2600 |
| 8 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 9 | 415/288-4534 (fax) |
|   | swilliams@csgrr.com |
| 10 | abaig@csgrr.com |
| 11 | Attorneys for Plaintiff |
| 12 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DENNIS K. WEBB, Derivatively on Behalf of McAFEE, INC., | ) ) ) | No. 5:07-cv-04048-PVT |
| Plaintiff, | ) ) | NOTICE OF FIRM NAME CHANGE |
| vs. | ) ) | |
| GEORGE SAMENUK, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| McAFEE, INC., a Delaware corporation, | ) ) | |
| Nominal Defendant. | ) ) ) | |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED: September 7, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III


                              /s/
TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
610/225-2678 (fax)

Attorneys for Plaintiff

S:\Notice Information\McAfee Derivative_fd2 Notice.doc

NOTICE OF FIRM NAME CHANGE - 5:07-cv-04048-PVT - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 7, 2007.

                /s/
TRAVIS E. DOWNS III

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:travisd@csgrr.com

# Mailing Information for a Case 5:07-cv-04048-PVT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
```