**E-filed 9/21/07**

1  BORIS FELDMAN, State Bar No. 128838
   Email: boris.feldman@wsgr.com
2  NINA F. LOCKER, State Bar No. 123838
   Email: nlocker@wsgr.com
3  RODNEY G. STRICKLAND, State Bar No. 161934
   Email: rstrickland@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7

8  CLAYTON BASSER-WALL, State Bar No. 209100
   Email: cbasserwall@wsgr.com
9  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
10 8911 Capital of Texas Highway North
   Westech 360, Suite 3210
11 Austin, TX 78759-8497
   Telephone:  (512) 338-5407
12 Facsimile:   (512) 338-5499

13 Attorneys for Nominal Defendant
   McAfee, Inc. and Individual Defendants
14 Eric Brown, Robert Bucknam, Leslie Denend,
   Robert Dutkowsky, Dale Fuller, Denis O'Leary,
15 Robert Pangia, and Liane Wilson

16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                       SAN JOSE DIVISION

20

21 In re MCAFEE, INC. DERIVATIVE    )  Master File No. 5:06-cv-03484-JF
   LITIGATION                       )
22                                  )  **STIPULATION AND [PROPOSED]**
                                    )  **ORDER CONSOLIDATING CASES**
23 This Document Relates To:        )  **AND SETTING SCHEDULE ON**
   ALL MATTERS                      )  **DEFENDANTS' RESPONSES TO**
24                                  )  **PLAINTIFFS' AMENDED**
                                    )  **CONSOLIDATED COMPLAINT**
25                                  )
   _____ )
26

27

28

STIPULATION AND [PROPOSED] ORDER                                    3193645.1
CONSOLIDATING CASES AND SETTING
SCHEDULE; MASTER FILE NO. 5:06-CV-03484-JF

## I. CONSOLIDATION OF THE NEWLY FILED *WEBB* ACTION

WHEREAS, on August 2, 2007, a new shareholder derivative action (*Webb v. Samenuk, et al.*, No. 5:07-cv-04048-PVT) (the "*Webb* Action") was filed by one of the law firms that represents plaintiffs in this action; and

WHEREAS, on August 10, 2007, Mr. Webb filed a Notice of Related Case in which he informed the Court that his lawsuit arises out of the same transactions and occurrences and involves the same or substantially similar issues of law and facts as alleged in this consolidated action and requested that the Court consolidate the *Webb* Action with this action pursuant the this Court's July 12, 2006 Order consolidating two related shareholder derivative actions, which provides that "[a]ny other actions now pending or later filed in this Court which arise out of or are related to the facts alleged in [this action] shall be consolidated for all purposes, if and when they are brought to the Court's attention";

IT IS THEREFORE STIPULATED AND AGREED that the *Webb* Action is consolidated with this action, and the individual defendants and McAfee shall have no obligation to answer or otherwise respond to the complaint in the *Webb* Action.

## II. RESPONSES TO THE AMENDED CONSOLIDATED COMPLAINT

WHEREAS, pursuant to the Court's Order dated August 27, 2007, plaintiffs will file an amended consolidated complaint by September 27, 2007 (the "Amended Consolidated Complaint") and McAfee will file a motion to dismiss the Amended Consolidated Complaint by October 29, 2007;

WHEREAS, McAfee intends to move to dismiss the Amended Consolidated Complaint on the ground that plaintiffs do not have standing to pursue this action on McAfee's behalf (the "McAfee Standing Motion");

WHEREAS, the twenty-three individual defendants and McAfee, which are presently represented by thirteen (13) separate law firms, intend to move to dismiss the Amended Consolidated Complaint on the grounds that the Amended Consolidated Complaint fails to state claims against each of them or otherwise is subject to dismissal even if plaintiffs have standing to assert their claims (the "Individuals' Separate Motions");

WHEREAS, as this Court recognized in its Order dated January 19, 2007, the significant burden and expense of preparing and opposing the Individuals' Separate Motions, and the Court's consideration of each of them, would be unnecessary if the McAfee Standing Motion is granted; and the resources of the parties and the Court are best conserved, and the interests of judicial economy are best served, by deferring the filing of the Individuals' Separate Motions until the threshold issue of plaintiffs' standing to file and maintain a lawsuit on behalf of McAfee is resolved by the Court; and

WHEREAS, the parties wish to defer the briefing of the Individuals' Separate Motions until the threshold issue of plaintiffs' standing to file and maintain a lawsuit on behalf of McAfee is resolved by the Court, pursuant to the briefing structure that this Court previously approved in its Order dated January 19, 2007, regarding the Consolidated Complaint.

IT IS THEREFORE STIPULATED AND AGREED that McAfee shall file the McAfee Standing Motion by October 29, 2007; plaintiffs shall file their opposition no later than November 28, 2007; and McAfee shall file its reply no later than December 28, 2007. With the exception of the McAfee Standing Motion, the individual defendants and McAfee shall have no obligation to move to dismiss or otherwise respond to the Amended Consolidated Complaint until the Standing Motion is resolved. Following the Court's resolution of the McAfee Standing Motion, the parties shall meet and confer regarding a schedule for any necessary response to the Amended Consolidated Complaint.

Dated: September 18, 2007

By: _____/s/ Clayton Basser-Wall_____
Boris Feldman
Nina F. Locker
Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Clayton Basser-Wall
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8911 Capital of Texas Highway North
Westech 360, Suite 3210

|   |   |
|---|---|
| 1 | Austin, TX 78759 |
| 2 | Telephone:(512) 338-5407<br>Facsimile: (512) 338-5499 |
| 3 | Attorneys for Nominal Defendant |
| 4 | McAfee, Inc. and Individual Defendants<br>Eric Brown, Robert Bucknam, Leslie Denend, |
| 5 | Robert Dutkowsky, Dale Fuller, Denis O'Leary,<br>Robert Pangia, and Liane Wilson |

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that R. James Slaughter has concurred in this filing.*

Dated:  September 18, 2007         By: _____/s/ R. James Slaughter_____
                                    Elliot R. Peters
                                    R. James Slaughter
                                    KEKER & VAN NEST LLP
                                    710 Sansome Street
                                    San Francisco, CA 94111
                                    Telephone:  (415) 391-5400
                                    Facsimile:  (415) 397-7188

                                    Attorneys for Individual Defendant
                                    Geroge Samenuk

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that N. Scott Fletcher has concurred in this filing.*

Dated:  September 18, 2007         By: _____/s/ N. Scott Fletcher_____
                                    N. Scott Fletcher
                                    Michael C. Holmes
                                    VINSON & ELKINS LLP
                                    1001 Fannin – Suite 2500
                                    Houston, TX  77002-6760
                                    Telephone:  (713) 758-3234
                                    Facsimile:  (713) 615-5168

                                    John Potter
                                    QUINN EMANUEL URQUHART
                                       OLIVER & HEDGES, LLP
                                    50 California Street, #22
                                    San Francisco, California  94111
                                    Telephone:  (415) 875-6600
                                    Facsimile:  (415) 875-6700

                                    Attorneys for Individual Defendant
                                    Kevin Weiss

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that William Goodman has concurred in this filing.*

Dated:  September 18, 2007 By: _____/s/ William M. Goodman_____
William M. Goodman
Andrea P. DeShazo
Raphael M. Goldman
TOPEL & GOODMAN
832 Sansome Street, 4th Floor
San Francisco, CA  94111
Telephone:  (415) 421-6140
Facsimile:   (415) 398-5030

Attorneys for Individual Defendant
Evan Collins

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Joshua Reiten has concurred in this filing.*

Dated:  September 18, 2007 By: _____/s/ Joshua A. Reiten_____
Sarah A. Good
Clara J. Shin
Joshua A. Reiten
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA  94111
Telephone:  (415) 434-1600
Facsimile:   (415) 217-5910

Attorneys for Individual Defendant
Sylvia Garcia-Lechelt

1  *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that DeMaurice Smith has concurred in this filing.*

4  Dated:  September 18, 2007

By: _____/s/ DeMaurice F. Smith_____
DeMaurice F. Smith
Heather M. McPhee
PATTON BOGGS LLP
2550 M. St. NW
Washington, DC  20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315

Attorneys for Individual Defendant
Virginia Gemmell

15  *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Mary Jo Johnson has concurred in this filing.*

18  Dated:  September 18, 2007

By: _____/s/ Mary Jo Johnson_____
Mary Jo Johnson
WILMER CUTLER PICKERING HALE &
    DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6750
Facsimile:  (617) 526-5000

Elizabeth I. Rogers
WILMER CUTLER PICKERING HALE &
    DORR LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone:  (650) 858-6042
Facsimile:  (650) 858-6100

Attorneys for Individual Defendant
Prabhat Goyal

1      *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that John Stigi has concurred in this filing.*

Dated: September 18, 2007

By:     /s/ John P. Stigi III
John P. Stigi III
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA 90071
Telephone: (213) 617-5589
Facsimile: (213) 620-1398

Attorneys for Individual Defendant
Edwin Harper

    *I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Darryl Rains has concurred in this filing.*

Dated: September 18, 2007

By:     /s/ Darryl Rains
Eugene Illovsky
MORRISON & FOERSTER
101 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596
Telephone: (925) 295-3300
Facsimile: (925) 946-9912

Darryl P. Rains
MORRISON & FOERSTER
755 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Individual Defendant
William Larson

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that William Freeman has concurred in this filing.*

Dated: September 18, 2007                                By:       /s/ William Freeman
                                                                                William S. Freeman
                                                                                Mary Beth O'Connor
                                                                                Brandon J. Kimura
                                                                                COOLEY GODWARD KRONISH LLP
                                                                                Five Palo Alto Square
                                                                                3000 El Camino Real
                                                                                Palo Alto, CA 94306-2155
                                                                                Telephone: (650) 843-5000
                                                                                Facsimile: (650) 857-0663

                                                                                Attorneys for Individual Defendant
                                                                                Kent Roberts

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Norman Blears has concurred in this filing.*

Dated: September 18, 2007                                By:       /s/ Norman J. Blears
                                                                                Norman J. Blears
                                                                                HELLER EHRMAN LLP
                                                                                275 Middlefield Road
                                                                                Menlo Park, CA 94025-3506
                                                                                Telephone: (650) 324-7000
                                                                                Facsimile: (650) 324-0638

                                                                                Attorneys for Individual Defendants
                                                                                Dennis Cline, Arthur Matin, Zachary Nelson,
                                                                                Stephen Richards, and Peter Watkins

*I, Clayton Basser-Wall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Shawn Williams has concurred in this filing.*

Dated: September 18, 2007

By: _____/s/ Shawn A. Williams_____
Shawn A. Williams
LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, Ste. 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Travis E. Downs III
Benny C. Goodman III
Thomas G. Wilhelm
  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

SCHIFFRIN & BARROWAY, LLP
Eric L. Zagar
Sean M. Handler
Robin Winchester
James H. Miller
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

\* \* \*

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, and for good cause,

1. <u>The Webb Action</u>: The *Webb* Action is consolidated with this consolidated action; and the individual defendants and McAfee shall have no obligation to answer or otherwise respond to the complaint in the *Webb* Action.

2. <u>The McAfee Standing Motion</u>: Pursuant to this Court's Order dated August 27, 2007, McAfee shall file the McAfee Standing Motion in response to the Amended Consolidated Complaint by October 29, 2007; plaintiffs shall file their opposition by November 28, 2007; and McAfee shall file its reply by December 28, 2007.

3. <u>The Individuals' Separate Motions</u>: Other than as set forth in Section 2, above, the individual defendants and McAfee shall have no obligation to move to dismiss or otherwise respond to the Amended Consolidated Complaint until the McAfee Standing Motion is resolved. Following the Court's resolution of the McAfee Standing Motion, the parties shall meet and confer regarding a schedule for any necessary response to the Amended Consolidated Complaint.

IT IS SO ORDERED.

DATED: 9/21/07

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE