# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

DENNIS K. WEBB, Derivatively on Behalf of McAFEE, INC.,
        Plaintiff,

vs.

GEORGE SAMENUK, STEPHEN C. RICHARDS, KEVIN M. WEISS, KENT H. ROBERTS, ERIC F. BROWN, LESLIE G. DENEND, ROBERT M. DUTKOWSKY, DENIS J. O'LEARY, ROBERT W. PANGIA, ROBERT B. BUCKNAM, LIANE S. WILSON, DALE L. FULLER, VERNON EUGENE HODGES, SYLVIA GARCIA-LECHELT, EVAN S. COLLINS, WILLIAM L. LARSON, DENNIS L. CLINE, ZACHARY A NELSON, PETER R. WATKINS, ARTHUR MARTIN, PRABHAT K. GOYAL, VIRGINIA GEMMELL and EDWIN HARPER,
        Defendants,

--and--

McAFEE, INC., a Delaware corporation,
        Nominal Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07 4048 PVT**

TO: (Name and address of defendant)

SEE ATTACHMENT B

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

DATE

AUG 7 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1] — DATE |
| Name of SERVER — TITLE |
| *Check one box below to indicate appropriate method of service* |
| ☐ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ Returned unexecuted: |
| ☐ Other *(specify)*: |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                 Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ATTACHMENT B

McAfee, Inc.
Registered Agent:
CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

George Samenuk
143 High Ridge Avenue
Ridgefield, CT 06877

Stephen C. Richards
21710 Rainbow Drive
Cupertino, CA 95014

Kevin M. Weiss
11905 Heritage Lane
Houston, TX 77024

Kent H. Roberts
4001 Lovers Lane
Dallas, TX 75225

Eric F. Brown
1187 Windrock Drive
McLean, VA 22102

Leslie G. Denend
1700 Whitehall Lane
Saint Helena, CA 94574

Robert M. Dutkowsky
7 Gable Ridge Road
Westborough, MA 01748

Denis J. O'Leary
40 Morris Lane
Scarsdale, NY 10583

Robert W. Pangia
31 Hyde Circle
Watchung, NJ 07069

Robert B. Bucknam
3400 Woodrow Street, North
Arlington, VA 22207

Liane S. Wilson
2532 1st Avenue North
Seattle, WA 98109

Dale L. Fuller
1130 Hillview Drive
Menlo Park, CA 94025

Vernon Eugene Hodges
711 Holly Oak Drive
Palo Alto, CA 94303

Sylvia Garcia-Lechelt
585 Buel Avenue
Pacifica, CA 94044

Evan S. Collins
78 Deodora Drive
Atherton, CA 94027

William L. Larson
765 Market Street, Penthouse 3B
San Francisco, CA 94103

Dennis L. Cline
816 Loveland Road
Moorestown, NJ 08057

Zachary A. Nelson
717 West Poplar Avenue
San Mateo, CA 94402

Peter R. Watkins
1 Parkwood Drive
Atherton, CA 94027

Arthur Martin
7 Melwood Lane
Westport, CT 06880

Prabhat K. Goyal
236 Angela Drive
Los Altos, CA 94022

Virginia Gemmell
400 Madison Street, Apt. 1402
Alexandria, VA 22314

Edwin Harper
120 Palmer Drive
Fort Collins, CO 80525

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| | Ref. No. Or File No.<br>W2482235 | |
| Attorneys for:  PLAINTIFFS | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>DENNIS K. WEBB, et al. | | |
| Defendant:<br>GEORGE SAMENUK, etc., et al. | | |

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C07-4048 PVT |
|---|---|---|---|---|

I, William Bruce, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRAGE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : VERNON EUGENE HODGES |
| By Serving | : VERNON EUGENE HODGES |
| Address | : 359 Belvedere Street , La Jolla, California  92037 |
| Date & Time | : Sunday, September 16, 2007 @ 8:33 a.m. |
| Witness fees were | : Not applicable. |

Person serving:
William Bruce
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 987
   (3) County: San Diego
   (4) Expires: 7/18/2007

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 18, 2007

Signature: _____
William Bruce


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| | Ref. No. Or File No.<br>W2482232 | |
| Attorneys for: PLAINTIFFS | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>DENNIS K. WEBB, et al. | | |
| Defendant:<br>GEORGE SAMENUK, etc., et al. | | |

| PROOF OF SERVICE | Date | Time | Dept/Div: | Case Number:<br>C07-4048 PVT |
|---|---|---|---|---|

I, Shari Mckee, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRAGE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : STEPHEN C. RICHARDS

By Serving       : STEPHEN C. RICHARDS

Address          : 21710 Rainbow Drive, Cupertino, California  95014
Date & Time      : Tuesday, August 28, 2007 @ 8:39 p.m.
Witness fees were : Not applicable.

Person serving:
Shari Mckee
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 752 903
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 31, 2007                Signature: _____
                                                Shari Mckee



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| | Ref. No. Or File No. | |
| Attorneys for:    PLAINTIFFS | W2482240 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>DENNIS K. WEBB, et al. | | |
| Defendant:<br>GEORGE SAMENUK, etc., et al. | | |

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C07-4048 PVT |
|---|---|---|---|---|

I, Jim P. Cervantes, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRAGE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : ZACHARY A. NELSON |
| By Serving | : ELIZABETH NELSON, Wife |
| Address | : 717 W. Poplar Avenue, San Mateo, California  94402 |
| Date & Time | : Monday, August 20, 2007 @ 7:10 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Jim P. Cervantes
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1006
   (3) County: San Francisco
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 21, 2007

Signature: _Jim P. Cervantes_
                 Jim P. Cervantes



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2482240 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DENNIS K. WEBB, et al.

Defendant:
GEORGE SAMENUK, etc., et al.

| POS BY MAIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-4048 PVT |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On August 21, 2007, I served the within:

SUMMONS IN A CIVIL CASE; SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRAGE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

ZACHARY A. NELSON
717 W. Poplar Avenue
San Mateo, California  94402

Person serving:
Edwina Galvan
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 406
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 21, 2007    Signature: _____
                                    Edwina Galvan

Printed on recycled paper

Judicial Council form, rule 982(a) (23)

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California   94111 | (415) 288-4545 | |
| Attorneys for:   PLAINTIFFS | Ref. No. Or File No.<br>W2482244 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DENNIS K. WEBB, et al.

Defendant:
GEORGE SAMENUK, etc., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C07-4048 PVT |
|---|---|---|---|---|

I, Thomas H. Pierce, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRAGE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : EDWIN HARPER |
| By Serving | : EDWIN HARPER |
| Address | : 120 Palmer Drive, Fort Collins, Colorado  80525 |
| Date & Time | : Monday, August 27, 2007 @ 8:07 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Thomas H. Pierce
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 28, 2007

Signature: /s/ Thomas H. Pierce
Thomas H. Pierce



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| Attorneys for:   PLAINTIFFS | Ref. No. Or File No.<br>W2482233 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DENNIS K. WEBB, et al.

Defendant:
GEORGE SAMENUK, etc., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C07-4048 PVT |
|---|---|---|---|---|

I, Bryan Sills, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the:  SUMMONS IN A CIVIL CASE; SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRAGE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : KEVIN M. WEISS

By Serving           : KEVIN M. WEISS

Address              : 11905 Heritage Lane, Houston, Texas  77024
Date & Time          : Saturday, September 1, 2007 @ 6:27 p.m.
Witness fees were    : Not applicable.

Person serving:                            a. Fee for service:
Bryan Sills                                d. Registered California Process Server
**Wheels of Justice, Inc.**                   (1) Employee or independent contractor
657 Mission Street, Suite 502                 (2) Registration No.: 2592
San Francisco, California  94105              (3) County:
Phone: (415) 546-6000                         (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 4, 2007                    Signature: _____ ScH2592
                                                       Bryan Sills



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| Attorneys for:  PLAINTIFFS | Ref. No. Or File No.<br>W2482243 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DENNIS K. WEBB, et al.

Defendant:
GEORGE SAMENUK, etc., et al.

| PROOF OF SERVICE | Date | Time: | Dept/Div | Case Number:<br>C07-4048 PVT |
|---|---|---|---|---|

I, Michael L. Matthews, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRAGE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : PRABHAT K. GOYAL

By Serving : SARUCCI GOYAL, co-occupant

Address : 236 Angela Drive, Los Altos, California  94022
Date & Time : Monday, August 27, 2007 @ 7:51 p.m.
Witness fees were : Not applicable.

Person serving:
Michael L. Matthews
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 570
  (3) County: Santa Clara
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 29, 2007                                  Signature:_____
                                                                      Michael L. Matthews



```
SHAWN A. WILLIAMS, ESQ. (213113)
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
100 Pine Street, Suite 2600
San Francisco, California  94111
Telephone: (415) 288-4545
Attorneys for: plaintiffs
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s): DENNIS K. WEBB, et al.
Defendant(s): GEORGE SAMENUK, etc., et al.

Hearing Date:
Time:            Dept.

| Invoice No. W2482243 | DECLARATION RE DILIGENCE | Case No. C07-4048 PVT |

I Michael L. Matthews, and any employees or independent contractors retained by WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on

### PRABHAT K. GOYAL

(3) Alternate Address : ,
(2) Business Address : ,
(1) Residence Address: 236 Angela Drive, Los Altos, California  94022

Date and time of attempt(s):

8/21/07  2:50 p.m.
No answer.

8/23/07  8:00 a.m.
No answer.

8/27/07  7:31 p.m.
No answer - subject not in.

8/27/07  7:51 p.m.
Served SARUCCI GOYAL, co-occupant.

This Declaration is based upon business records maintained in the normal course of business I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on August 29, 2007              Signature:_____
                                         Michael L. Matthews


Printed on recycled paper   **WHEELS OF JUSTICE, INC.,** 657 Mission Street, Suite 502, San Francisco, CA  94105  (415) 546-6000

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2482243 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DENNIS K. WEBB, et al.

Defendant:
GEORGE SAMENUK, etc., et al.

| **POS BY MAIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-4048 PVT |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On August 28, 2007, I served the within:

SUMMONS IN A CIVIL CASE; SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRAGE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

> PRABHAT K. GOYAL
> 236 Angela Drive
> Los Altos, California 94022

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 542
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 29, 2007                    Signature: /s/ Scott Simons

Printed on recycled paper                           Judicial Council form, rule 982(a) (23)

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2482237 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>DENNIS K. WEBB, et al. | | |
| Defendant:<br>GEORGE SAMENUK, etc., et al. | | |
| **PROOF OF SERVICE** | Date: Time: Dept/Div | Case Number:<br>C07-4048 PVT |

I, Sylvia Doneza, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRAGE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Witness            : EVAN S. COLLINS

By Serving         : EVAN S. COLLINS

Address            : 78 Deodora Lane, Atherton, California 94027
Date & Time        : Wednesday, August 22, 2007 @ 7:42 p.m.
Witness fees were  : Not demanded or paid.

Person serving:
Sylvia Doneza
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 672
   (3) County: San Francisco
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 23, 2007                                  Signature: _____
                                                                   Sylvia Doneza



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| | Ref. No. Or File No.<br>W2482241 | |
| Attorneys for:   PLAINTIFFS | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>DENNIS K. WEBB, et al. | | |
| Defendant:<br>GEORGE SAMENUK, etc., et al. | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C07-4048 PVT |
|---|---|---|---|---|

I, Sylvia Doneza, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRAGE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : PETER R. WATKINS

By Serving        : PETER R. WATKINS

Address           : 1 Parkwood Drive, Atherton, California 94027
Date & Time       : Wednesday, August 22, 2007 @ 7:38 p.m.
Witness fees were : Not applicable.

Person serving:
Sylvia Doneza
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 672
   (3) County: San Francisco
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 23, 2007            Signature: _____
                                            Sylvia Doneza



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111 | (415) 288-4545 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2482239 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DENNIS K. WEBB, et al.

Defendant:
GEORGE SAMENUK, etc., et al.

| **PROOF OF SERVICE** | Date | Time | Dept/Div | Case Number:<br>C07-4048 PVT |
|---|---|---|---|---|

I, James Hansen, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRAGE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant             : DENNIS CLINE

By Serving            : DENNIS CLINE

Address               : 816 Loveland Road, Moorestown, New Jersey 08057
Date & Time           : Wednesday, August 22, 2007 @ 9:10 p.m.
Witness fees were     : Not applicable.

Person serving:
James Hansen
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 24, 2007                         Signature: _James Hansen_



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| | Ref. No. Or File No.<br>W2482238 | |
| Attorneys for:   PLAINTIFFS | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DENNIS K. WEBB, et al.

Defendant:
GEORGE SAMENUK, etc., et al.

| **PROOF OF SERVICE** | Date | Time | Dept/Div | Case Number:<br>C07-4048 PVT |
|---|---|---|---|---|

I, Shari Mckee, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; SHAREHOLDER DERIVATIVE COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRAGE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : WILLIAM LARSON

By Serving       : WILLIAM LARSON

Address          : 18879 Montewood Court , Saratoga, California  95070
Date & Time      : Saturday, August 25, 2007 @ 10:22 a.m.
Witness fees were : Demanded but not paid.

Person serving:
Shari Mckee
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 752
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 29, 2007                              Signature: _____
                                                              Shari Mckee


Printed on recycled paper