**E-filed 2/19/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

In RE MCAFEE DERIVIATIVE LITIGATION,

                        No. C-06-3484-JF

                        Clerks's Notice

And all related matters.
_____

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Case Management Conference
currently scheduled for February 22, 2008. The new hearing date
is Friday, March 28, 2008 at 10:30 AM.   The parties may appear
by telephone by contacting Court Call at 866-582-6878 in advance
of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States
District Courthouse, 280 South First Street, San Jose, CA 95113.


Dated: 2/19/08              For the Court,
                           Richard W. Wieking, Clerk

                           Diana Munz
                           electronic signature
                           Courtroom Deputy