**\*\*E-filed 12/10/07\*\***

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE MCAFFEE INC. DERIVATIVE ACTION.,

No. C-06-3484-JF

Clerks's Notice

and all related actions.

To: All Counsel and Parties in the above named action:

You are hereby notified that the Court has rescheduled the Case Management Conference at the request of the parties. The Case Management Conference currently scheduled for June 27, 2008 has been continued to September 26, 2008 at 10:30 AM.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.


Dated 6/25/08                     For the Court,
                                  Richard W. Wieking, Clerk

                                  By:/s/electronic signature

                                  Diana Munz
                                  Courtroom Deputy